UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 14-18790 |
| LEONIDAS KARTSANIS | Chapter: 7 |
| VANESSA KARTSANIS | Judge: CMG |

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Christine M. Gravelle</u> on <u>January 22</u>, <u>2019</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. <u>3</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at: 1702 Tanglewood Court, Helmetta, NJ
The debtor(s) purchased the property in 2005 for $220,000. The property is valued at $148,300 based upon a Comparative Market Analysis. A deed in lieu of foreclosure was issued pre filing and the debtors surrendered the property.

Liens on property:

Bank of America-$210,277.17

Amount of equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

/s/ Thomas J. Orr, Trustee

| | |
|---|---|
| Name: | /s/ Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |